**GAYLA R. MAY CSR, RPR**
**27th Judicial District Court**
**P. O. Box 747**
**Belton, TX 76513**
**(254) 933-5270**


November 17, 2016


Mr. Jeffrey D. Kyle, Clerk
Third District of Texas
Court of Appeals
P. O. Box 12547
Capitol Station
Austin, TX 78711

   RE: Trial Court No. 72,147;  Wilfred Warren Sheppard Vs. The State of Texas;
    27th District Court,  Bell County, TX; Case No. 03-16-00702-CR

   RE: Trial Court No. 75,259; Anthony Dwayne Holmes, Jr. Vs. The State of
    Texas; 27th District Court, Bell County, TX; Case No. 03-16-00741-CR

     **03-16-00740-CR & 03-16-00742-CR**

Dear Mr. Kyle:


In reference to the above-captioned appeals, I received notice of both appeals the beginning of November and both appeals are due November 18, 2016.  Because of a very heavy docket the rest of the year and other transcripts, I am requesting an extension of time until January 15 in order to have both Reporter's Records filed.

Thank you,


**Gayla R. May**
**27th District Court**
**Official Court Reporter**
**Bell - Lampasas Counties**